In Re the Marriage of Cheryl Lynn JOHNSON, Petitioner–Appellant,

v.

James Larry JOHNSON, Respondent–Respondent.

No. 56974.

Missouri Court of Appeals, Eastern District, Northern Division.

April 10, 1990.

Walter D. McQuie, Jr., Montgomery City, for petitioner-appellant.

Thomas B. Burkemper, Burkemper & Brighoff, Troy, for respondent-respondent.

## ORDER

PER CURIAM.

Wife, Cheryl Lynn Johnson, appeals from a decree of dissolution of her marriage to husband, James Larry Johnson. On appeal, wife's sole claim of error is that the trial court erred in dividing the marital property.

The decree of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value.

The decree is affirmed. Rule 84.16(b).